**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its**



**Russ Kendig
United States Bankruptcy Judge**

**Dated: 02:56 PM February 15, 2012**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| THEODORE MARK OLSON, | ) | CASE NO. 11-63044 |
| | ) | |
| Debtor. | ) | ADV. NO. 11-6091 |
| | ) | |
| LISA M. BARBACCI, | ) | HONORABLE RUSS KENDIG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OF OPINION** |
| | ) | **(NOT INTENDED FOR** |
| THE MARSHALL BUCK | ) | **PUBLICATION)** |
| FINANCIAL GROUP, LLC, AND | ) | |
| THEODORE MARK OLSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff filed an adversary complaint on December 12, 2011. On January 12, 2012, Vicki Marshall filed an answer on behalf of Defendant The Marshall Buck Financial Group, LLC ("Defendant LLC"). Plaintiff moved to strike the answer because Vicki Marshall is not an attorney and therefore cannot represent Defendant LLC in this action. No response was filed to the motion.

    The court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334 and the general order of reference entered in this district on July 16, 1984. Venue in this district and division is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2)(K).

    This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the court.

    Plaintiff is correct that, as a separate legal entity, an LLC must be represented by an attorney. See, e.g., In re ICLNDS Notes Acquisition, LLC, 259 B.R. 289 (Bankr. N.D. Ohio 2001); Doherty v. American Motors Corp., 728 F.2d 334, 340 (6th Cir. 1984); Union Sav.

<u>Ass'n v. Home Owners Aid, Inc.</u>, 23 Ohio St.2d 60, 64 (1970). Consequently, Ms. Marshall is not authorized to file pleadings on behalf of Defendant LLC. The court orders the answer filed by Ms. Marshall stricken.

An order in accordance with this decision will be entered immediately.

#  #  #

**Service List:**

Michael J Moran
Gibson & Lowry
PO Box 535
234 Portage Trail
Cuyahoga Falls, OH 44222

Morris H Laatsch
Kaffen & Zimmerman
520 South Main Street
Suite 500
Akron, OH 44311

Timothy P. Assaf
12 East Exchange Street, Fifth Floor
Akron, OH 44308

2

11-06091-rk    Doc 19    FILED 02/15/12    ENTERED 02/15/12 15:18:40    Page 2 of 2